

# SCHEDULE PAGE

## AMA-Sponsored
## Disability Income Plan

### Underwritten by:
## The United States Life Insurance Company in the City of New York
A member company of American International Group, Inc.

## *PERSONAL INFORMATION*

INSURED:

Faisal F Amanatullah, MD
1517 Cedar
Pocatello, ID 83201

ORIGINAL EFFECTIVE DATE: February 19, 1987

DATE OF BIRTH: September 05, 1948

## *BENEFIT INFORMATION*

CERTIFICATE NUMBER: 0002328149

| MONTHLY BENEFIT AMOUNT | ELIMINATION PERIOD | EFFECTIVE DATE |
|---|---|---|
| 5,000.00 | 3 Months | September 01, 1997 |

## *SUPPLEMENTARY OPTIONAL BENEFITS*

## *PREMIUM INFORMATION*

PREMIUM PAYMENT MODE: Semi-Annual

RENEWAL PREMIUM DUE DATE(S): March 01   September 01

*A copy of the application for this change, if required, is attached to this Schedule Page and made a part of the original certificate.*

DUPLICATE CERTIFICATE

**EXHIBIT**

*A*

PBN/GAD 800-631-6989

G-19001

DATE PRINTED:   5/29/08

# THE UNITED STATES LIFE Insurance Company

8501 West Higgins Road • Chicago IL 60631 2801 • 773 399 6500

September 5, 1997

The American Medical Association
515 N. State Street
Chicago, IL 60610

RE:    Disability Income Policy Number G-189,553
       Accelerated Benefit

Gentlemen:

The purpose of this letter is to identify the terms and provisions of the Accelerated Benefit as allowed under the above-captioned policy issued to the American Medical Association effective September 1, 1997 and underwritten by United States Life Insurance Company.

United States Life will pay an Accelerated Benefit subject to the terms of this letter when we receive Proof of the insured's Terminal Condition. The insured does not need to satisfy the Elimination Period to receive an Accelerated Benefit.

The Accelerated Benefit amount is equal to twelve (12) times the Monthly Indemnity amount applicable at the time United States Life receives Proof of the Terminal Condition.

No other benefit provided by the Policy will accrue or be payable during this twelve (12) month period if this benefit is elected.

Definitions:

Terminal Condition - A Terminal Condition is a sickness and/or injury which, in the opinion of two Physicians, will result in death within twelve (12) months and for which there is no treatment available that will extend life. This benefit must be in force on the date the Proof of the Terminal Condition is certified.

Proof of the Terminal Condition - is satisfactory written certification by two Physicians that the insured will not live more than twelve (12) months. Proof of the Terminal Condition must be based on all clinical, radiological, histological, and laboratory evidence of the diagnosed condition. United States Life may require additional tests and the insured may be examined by a Physician of United States Life's choice at United States Life's expense.

Physicians - are deemed to be practitioners of the healing arts, performing within the scope of their license, and recognized by the laws of the state where they practice. However, United States Life will not accept an employee of the policyholder; or the insured's spouse, daughter, son, father, mother, sister, or brother, nor the insured or any insured's business partner or business affiliate of the insured.

United States Life will pay the Accelerated Benefit only once.

**An American General Company**                    00306101-10030797

DUPLICATE CERTIFICATE

September 5, 1997
The American Medical Association
Page Two

If the insured does not die within twelve (12) months after United States Life receives the Proof of Terminal Condition, Monthly Indemnity benefits will become payable in accordance with the benefits for Total Disability for the Total Disability provision. However, the insured person must satisfy the Elimination Period prior to receiving benefits for Total Disability.

If the insured is Totally Disabled during the twelve (12) month period for which benefits were accelerated, such period of Total Disability will apply toward satisfying the Elimination Period.

The Accelerated Benefit is available up to the anniversary date next following the insured person's 70th birthday.

All other benefit provisions and terms stated in the Certificate of Insurance apply unless specifically changed by this letter of intent.

Sincerely,

Ken Kelting
Vice President
Association Group Department

KK/fh

THE UNITED STATES LIFE Insurance Company in the City of New York
*(Called United States Life)*

125 Maiden Lane
New York, New York  10038

---

## CERTIFICATE OF INSURANCE

The term "Schedule Page" refers to the form which is attached.  The Schedule Page is added to and made a part of your certificate.

United States Life certifies that the person named on the Schedule Page is insured for the benefits described in this certificate.  This insurance is subject to the eligibility and effective date requirements of the group policy.

## DATE YOUR INSURANCE TAKES EFFECT

Your insurance will take effect on the date shown on the Schedule Page.

## CANCELLATION DURING FIRST 30 DAYS

You may cancel the insurance described in this certificate at any time during the 30 day period after you receive this certificate.  Mail this certificate with your written request for cancellation to the AMA Insurance Agency, Inc., the authorized agent of the Policyholder, who will promptly refund the premium paid.

## IMPORTANT NOTICE

The benefits described in this certificate are provided by group policy G-189,553, issued to the **AMERICAN MEDICAL ASSOCIATION**, the Policyholder.

This certificate is a summary of the group policy provisions which affect your insurance.  It is merely evidence of the insurance provided by such policy.

The group policy is a contract between United States Life and the Policyholder.  It may be changed or ended without notice to or consent of any insured person.

This certificate replaces any certificate previously issued by United States Life to you under the group policy.

G-19001
FP

DUPLICATE CERTIFICATE          G-189,553

## CERTIFICATE INDEX

SECTION                                                                 PAGE(S)

Schedule of Benefits...................................................................... 2

Definitions ................................................................................... 3

Termination
   Date Insurance Ends ................................................................. 3

Long Term
   Disability Benefits ................................................................... 4-7

Pregnancy Benefits ...................................................................... 7

Special Provisions For Groups Taken Over From a Prior Plan ................... 8

End of Insurance Provided by The Group Policy ..................................... 8

General Provisions
   Misstatements............................................................................ 8
   Payment To A Minor Or Incompetent............................................. 8
   Assignment ............................................................................... 8
   Compliance With Law ................................................................. 9
   Gender  .................................................................................... 9
   Incontestability .......................................................................... 9

General Provisions For Accident And Health Insurance
   Filing a Claim ........................................................................... 9
   Payment of Claims ..................................................................... 10
   Physical Exams ......................................................................... 10
   Time Limit On Legal Actions ........................................................ 10

Conversion Privilege ..................................................................... 10

G-19001                                    -1-                    G-189,553
Index

DUPLICATE CERTIFICATE

## SCHEDULE OF BENEFITS

**LONG TERM DISABILITY BENEFITS**

| | |
|---|---|
| Elimination Period during Disability | See Schedule Page |
| Monthly Benefit<br>  -for Total Disability | See Schedule Page |
| -for Residual Disability | An amount determined each month by this formula: |

$$\frac{\text{Loss of Monthly Income}}{\text{Prior Monthly Income}} \quad \text{x} \quad \text{Monthly Benefit for Total Disability}$$

The first six months of payments for Residual Disability will be the greater of: (a) 50% of the Monthly Benefit for Total Disability; or (b) the Monthly Benefit for Residual Disability determined for each month.

Maximum benefit period:

| | |
|---|---|
| -if Total Disability begins prior to age 50 | Lifetime |
| -if Total Disability begins on or after age 50 | To age 70 or on the date 24 monthly benefit payments have been paid, whichever is later |

### Change in Amount of Insurance

The Monthly Benefit for Total Disability will reduce on your certificate anniversary next following your attainment of age 65, to the greater of $1,000 or 25% of the Monthly Benefit shown on the Schedule Page. However, if the amount shown on the Schedule Page is less than $1,000, it shall remain at the amount shown.

If you are disabled on your 65th birthday your Monthly Benefit will reduce on the earlier of these dates: (a) your certificate anniversary next following your 65th birthday, if such Monthly Benefit payments have been received for 12 or more months, or (b) on the date you have received 12 Monthly Benefit payments for the then current disability.

Any other decrease in the amount of insurance will take effect on the date of receipt by the authorized agent of the Policyholder of your written request for the decrease.

## DUPLICATE CERTIFICATE

## DEFINITIONS

PHYSICIAN means:
-a medical practitioner licensed to provide medical services, or
-any other practitioner whose services, by law of the state where such services are performed, must be covered by the group policy.
Each such person must be licensed in the state where he performs the service and must act within the scope of that license. He must also be certified and/or registered if required by such state.
"Physician" will not include you as an insured member or your spouse, or your or your spouse's father, mother, son, daughter, brother or sister, nor will it include an employee, business partner or business affiliate of yours.

ELIMINATION PERIOD means a period of consecutive days of Total Disability for which no benefit is payable. The duration of the Elimination Period is shown on the Schedule Page. The Elimination Period begins on the first day of Total Disability occurring after the effective date of your insurance.

MONTHLY INCOME means your income from salary, wages, bonuses, commissions, fees, or other payments which you or your corporation receive or are entitled to receive for services rendered by you before Federal Income Taxes. It includes income earned but paid into pension or deferred compensation plans. It does not include loss of time benefits, dividends, interest, or payments from pensions or annuities.

RETIRED means withdrawal from the pursuit of a full-time gainful occupation. One who has reduced the number of hours in which he is engaged in his occupation, whether such reduction occurs within a short time or a period of no more than five years, by 75% shall be presumed to be retired; provided that anyone who has reduced the number of hours in which he is engaged in such occupation due to illness or injury shall not be presumed to be retired. A member who has temporarily ceased or curtailed the activities of his occupation in order to continue his professional education by participating in an educational program of a school, organization or institution shall not be considered retired.
G-19001
DEF _____

## TERMINATION - Date Insurance Ends

Your insurance will end at the earliest of:

1. the date the group policy ends;
2. the end of the period for which the last premium has been paid by you;
3. the date you retire;
4. the certificate anniversary coinciding with or next following the date you attain age 70;
5. the date you enter the armed forces, unless entering under the Doctors Draft Act, in which event coverage ends on the date you have completed the term of active service under such Act if you remain on active duty;
6. upon the suspension or revocation in any state of your license to practice medicine as a result of a criminal act, ethical violation, or gross malpractice; or upon your surrender of your license to practice medicine in any state prior to, during, or in lieu of any medical insurance board inquiry, investigation or other action pertaining to a criminal act, ethical violation, or gross malpractice.

United States Life will refund premium pro-rata upon request for any period for which coverage is not afforded by reasons of this Section. Termination of the insurance of any Insured shall be without prejudice to any claim of such Insured for a period of continuous disability for which indemnity is payable hereunder and which commences prior to the date of such termination.

G-19001                                    -3-                    G-189,553
E

## LONG TERM DISABILITY BENEFITS

If you become Totally Disabled while insured under the group policy and continue to be so Disabled past the Elimination Period, United States Life will pay to you the benefits described below.

The Elimination Period is shown on the Schedule Page.

## DEFINITIONS

TOTAL DISABILITY means your inability to perform the substantial and material duties of your current occupation beyond the end of the Elimination Period.

The Total Disability must be a result of an injury or sickness which begins while insured under the group policy. To be considered totally disabled, you must also be under the regular care of a physician.

CURRENT OCCUPATION means the duties of the medical specialty then being practiced or of the occupation being performed immediately prior to the disability.

RESIDUAL DISABILITY means that due to injury or sickness:
> 1) You are not able to do one or more of your substantial and material daily business duties, or you are not able to do your usual daily business duties for as much time as it would normally take you to do them, after you go back to work following a period of consecutive days of Total Disability equal to the Elimination Period;
> 2) Your inability to perform duties as in 1) above is due to the same condition that caused the Total Disability;
> 3) You have a loss of Monthly Income of at least 20%; and
> 4) You are under the regular care of a Physician. United States Life may waive this requirement if continued care is of no benefit.

For purposes of computing the Monthly Benefit for Residual Disability: PRIOR MONTHLY INCOME means your average Monthly Income for the tax year with the highest income in the three years just prior to the start of the period of Disability for which claim is made; CURRENT MONTHLY INCOME means your Monthly Income for each month of Residual Disability being claimed; LOSS OF MONTHLY INCOME means the difference between Prior Monthly Income and Current Monthly Income. Loss of Monthly Income must be caused by the Residual Disability for which claim is made. The amount of the loss must be at least 20% of Prior Monthly Income to be deemed Loss of Monthly Income.

DISABILITY means Total and/or Residual Disability, if applicable.

## MONTHLY BENEFITS

The Monthly Benefit for Total Disability will begin to accrue on the day after the Elimination Period ends. It will be paid in the amount shown on the Schedule Page.

The Monthly Benefits payable for Residual Disability are described on the next page. This Benefit will be paid according to the formula shown in the Schedule of Benefits, if applicable.

DUPLICATE CERTIFICATE

**Benefits for part of a month**

To determine the benefit to be paid for a period of less than a full month:

-divide the benefit by 30
-multiply the result by the number of days in such period.

## DURATION OF BENEFITS

Monthly benefits will be paid up to the maximum benefit periods shown in the Schedule of Benefits.

In no event will you be considered to have more than one disability at the same time, regardless of multiple causes.

The benefit will end on the date:

1. you fail to give required proof of continuing Total or Residual Disability;
2. your Total or Residual Disability ends;
3. the maximum benefit period ends; or
4. you die.

If the group policy ends, this will not act to end the maximum benefit period.

## MONTHLY BENEFITS PAYABLE FOR RESIDUAL DISABILITY

If you become engaged in any gainful occupation, United States Life will pay the Monthly Benefit for Residual Disability shown in the Schedule of Benefits as follows:

1. Benefits will start on the day of Residual Disability following the Elimination Period, or if later, immediately after the end of compensable Total Disability during the same period of Disability.

2. Benefits will continue while you are Residually Disabled during a period of Disability, but the combined period for which benefits for Total and Residual Disability are payable will not exceed the maximum period for which Total Disability benefits are payable.

Residual Disability benefits will not be paid for any days for which Total Disability benefits are paid.

United States Life can require any proof which is considered necessary to determine your Current Monthly Income and Prior Monthly Income. Also, United States Life or a representative retained by United States Life will have the right to examine your financial records, as we may reasonably require.

In the event you go back to work at any occupation other than the one in which you were considered Totally Disabled, and no Residual Disability Benefit is paid for a period of twenty-four (24) consecutive months, you will be conclusively presumed to have established a new occupation and the period of Disability will cease for the purposes of the group policy. All subsequent periods of Total Disability will relate to performance of duties of your new occupation.

## REHABILITATION BENEFIT

Benefits may be payable if you participate in a program of occupational rehabilitation. If, during a period of Total Disability, you notify United States Life in writing that you want to participate in a program of occupational rehabilitation, United States Life will consider paying for certain expenses you incur. Our involvement will be determined by written agreement with you. Generally, United States

**REHABILITATION BENEFIT (Continued)**
Life may pay the reasonable costs of training and education which is not covered under health care insurance, workers' compensation, or any public fund or program.

A program of occupational rehabilitation must be designed to help you return to work and be:
1. a formal program of rehabilitation at an accredited graduate school;
2. a recognized program operated by the federal or state government; or
3. any other professionally planned rehabilitation program of training or education.

Your participation in such program will not, of itself, be considered a recovery from Total Disability.

**PRESUMPTIVE DISABILITY BENEFIT**

You will be presumed Totally Disabled if injury or sickness results, while insured under the group policy, in the total and irrecoverable loss of:
1. speech;
2. entire hearing in both ears;
3. entire sight of both eyes; or
4. the use of both hands, or both feet, or of one hand and one foot. For this item, "total and irrecoverable loss" means the entire lack of controlled movement of the hand or foot.

Total Disability begins on the date of the loss. Benefits will be paid in accordance with the benefits for Total Disability provisions of the group policy. However, you do not have to satisfy an Elimination Period to receive benefits under this provision. The Residual Disability benefit provision will not apply if benefits are paid under this provision.

United States Life will presume you to be Totally Disabled whether or not you are able to work at any occupation or require regular care of a Physician.

The loss must occur prior to your 70th birthday. In no event will benefits be paid in addition to any other benefit paid under another provision of the group policy.

**SUCCESSIVE PERIODS OF DISABILITY**
Successive periods of disability occurring after the Elimination Period, which are due to the same or related causes and are not separated by return to performance of your occupation for twelve months or more during which no benefits are payable shall be considered as a continuation of the previous period of disability for purposes of the group policy. For purposes of the preceding sentence, "successive periods of disability" are periods in which the Monthly Benefit payable to you would be $100.00 or more.

A separate Elimination Period will apply for each separate period of Disability.

The aggregate Monthly Benefit payable under all policies issued by United States Life to the Policyholder is $13,000. An equitable adjustment of premium and benefit will be made to correct insurance greater than this aggregate amount. Such aggregate amount may be reduced due to any benefit reduction provision.

**WAIVER OF PREMIUM**
During any period of Total Disability or Residual Disability, including the Elimination Period, and while a Benefit is payable, United States Life will waive the payment of any premium becoming due while Total or Residual Disability exists. Your certificate shall remain in force until the next premium due date, subject to the DATE INSURANCE ENDS provision, except as to the payment of premiums.

## DUPLICATE CERTIFICATE

**EXCLUSIONS**

No monthly benefit will be paid for Disability due to:

-intentionally self-inflicted injury or attempted suicide;
-a declared or undeclared war or an act of war;
-service in the Armed Forces of any country, except during a temporary active duty assignment with the United States Armed Forces of less than eight weeks duration; or
 -the use of any narcotic drug or other substance which is (a) subject to the Federal or the various state controlled substances acts, unless the prescription shall have been written by a Physician other than you, or (b) required by law to be dispensed by prescription only and used for other than a bonafide medical purpose as it relates to you or for other than the treatment of an existing medical condition.

Benefits will not be paid, or accrued, for any period of time while you are incarcerated.

G-19001
LTD-4

**PREGNANCY BENEFITS**

FOR COMPLICATIONS OF PREGNANCY

The benefits to be paid by any section of the group policy for a Complication of Pregnancy will be the same as those to be paid for a sickness.

COMPLICATIONS OF PREGNANCY means:
-conditions distinct from pregnancy, but caused or affected by it, which require hospitalization, provided the pregnancy does not terminate during such hospitalization
-non-elective caesarean section
-a terminated ectopic pregnancy, or
-spontaneous termination of pregnancy which occurs when a viable birth is not possible.

FOR PREGNANCY PAID AS-ANY-OTHER-SICKNESS

As used in the group policy for the benefits shown below, the term "sickness" includes:
-pregnancy
-childbirth
-abortion
-complications of any abortion, and
-related medical conditions

all referred to as "pregnancy".

The benefits to be paid by the group policy for Total or Residual Disability due to pregnancy will be the same as those to be paid for Total or Residual Disability due to sickness.

**SPECIAL PROVISIONS FOR GROUPS TAKEN OVER FROM A PRIOR PLAN**

These special provisions apply only to those persons who were insured by a prior plan (but not to those who are disabled as determined under the prior plan as of August 31, 1997).

PRIOR PLAN means the Policyholder's group insurance plan in effect on August 31, 1997 (Group Policy 90-10613-47, issued by Sentry Life Insurance Company).

If the maximum benefit amount or maximum benefit period for disability has been exhausted under the Prior Plan, no benefits will be payable under the group policy for the condition which caused the disability, except as stated in the Successive Periods of Disability provision of the Long Term Disability Benefits section.

G-19001
TOG

---

**END OF INSURANCE PROVIDED BY THE GROUP POLICY**

IF PREMIUM IS NOT PAID - GRACE PERIOD

Each premium, after the first, may be paid up to 31 days after its due date. This period is the grace period. The insurance provided by the group policy will stay in effect during this period. If the premium is not paid by the end of this period, such insurance will end at that time.

United States Life may extend the grace period by written notice. Such notice will state the date insurance will end if the premium remains unpaid.

Premiums must be paid for a grace period and any extension of such period.

G-19001
END

---

**GENERAL PROVISIONS**

MISSTATEMENTS

A person's age, sex or any other data may be misstated. If so, the correct data will be used to determine if insurance is in force. If insurance is in force, the premium and/or benefits will be adjusted according to the facts.

PAYMENT TO A MINOR OR INCOMPETENT

If any beneficiary or payee is a minor or is incompetent to receive payment, United States Life will pay his guardian. United States Life will not be liable for such payment after it is made.

ASSIGNMENT

United States Life will not be bound by any assignment unless it is in writing and is recorded at its home office. United States Life is not responsible for the validity of an assignment.

DUPLICATE CERTIFICATE

G-19001
GP

-8-

G-189,553

**GENERAL PROVISIONS (Continued)**

COMPLIANCE WITH LAW

On the date the group policy takes effect, some of its provisions may conflict with an applicable law. If so, any such provision is changed to comply with the minimums required by such law.

GENDER

Male pronouns will be read as female where it applies.

INCONTESTABILITY

United States Life will not use a person's statements relating to his insurability to contest insurance after it has been in force for 2 years during his life. United States Life will also not use such statement to contest an increase or benefit addition to such insurance after the increase or benefit has been in force for 2 years during his life. Those statements must be in a written application signed by the person.

G-19001
GP

---

**GENERAL PROVISIONS FOR ACCIDENT AND HEALTH INSURANCE**

FILING A CLAIM

To file a claim, follow these steps:

Step 1:
A claimant should send a written notice of claim to United States Life or its agent within 20 days of a loss or as soon thereafter as reasonably possible. No special form is required to do this. The notice need only identify the claimant and the Policyholder.

Step 2:
When United States Life receives the notice, it will send a proof of claim form to the claimant.

Step 3:
The claimant should receive the proof of claim form within 15 days of the date United States Life received the notice of claim.

If the form is received within such time, it should be completed, as instructed, by all persons required to do so. Additional proof, if required, should be attached to the form.

If the form is not received within such time, the claimant may provide written proof of claim to United States Life on any reasonable form. Such proof must state the date the injury or sickness began and the nature and extent of the loss.

Step 4:
Proof of claim must be sent to United States Life within 90 days after the end of disability. United States Life may require more proof as often as needed to verify disability.

If a notice or proof is sent later than the times shown above, United States Life will not deny or reduce a claim if the notice or proof was sent as soon as possible.

G-19001                             -9-                             G-189,553
GPAH

**GENERAL PROVISIONS FOR ACCIDENT AND HEALTH INSURANCE (Continued)**

PAYMENT OF CLAIMS

All benefits will be paid as they accrue.

PHYSICAL EXAMS

United States Life, at its expense, has the right to examine the insured. This may be done as often as needed to process a claim.

TIME LIMIT ON LEGAL ACTIONS

Legal action may only be brought against United States Life during a certain period. This period begins 60 days after the date proof of claim was filed and ends 3 years after the end of the period within which such proof is required.

**CONVERSION PRIVILEGE**

If the policy is terminated at the request of the Policyholder, and the Policyholder does not provide a replacement plan with another insurance company, you shall be entitled to have, without evidence of insurability, guaranteed renewable coverage without supplementary benefits, provided written application for the coverage shall be made, and the first premium paid thereon paid to United States Life within 31 days after such termination and provided further that:

    (a)    the converted coverage shall be in the amount equal to or, at your option, an amount less than the amount of your disability insurance under the policy which ceases because of such termination;

    (b)    the premiums payable under the converted coverage shall be at United States Life's then customary rate applicable to the class of risk to which you then belong and to your attained age on the effective date of the converted coverage; and

    (c)    any converted coverage issued under the terms of this section shall take effect at the end of the 31-day period during which application for the converted coverage may be made.

DUPLICATE CERTIFICATE

---

### GENERAL INFORMATION REGARDING
### THE NEVADA LIFE AND HEALTH
### INSURANCE GUARANTY ASSOCIATION ACT

---

Residents of Nevada who purchase life insurance, annuities, or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Nevada Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

The Nevada Life and Health Insurance Guaranty Association may not provide coverage for a policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Nevada. A person should not rely on coverage by the Nevada Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is *NOT* provided for a policy or any portion of it that is not guaranteed by the insurer or for which the policyholder has assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. *However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce the purchase of any kind of insurance policy.*

The Nevada Life and Health Insurance Guaranty Association
P.O. Box 3302
Reno, Nevada 89505

Nevada Department of Insurance
1665 Hot Springs Road, Suite 152
Carson City, Nevada 89710

---

The state law that provides for this safety-net coverage is called the Nevada Life and Health Insurance Guaranty Association Act. On the back of this page is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

(please turn to back of page)

G-22070
NOTICE                              (3/93)                              NV

DUPLICATE CERTIFICATE

## COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this Association if:
- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by a nonprofit hospital or medical service organization (the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does **not** provide coverage for:
- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- interest rate yields that exceed an average rate;
- dividends;
- credits given in connection with the administration of a policy by a group contractholder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them); and
- unallocated annuity contracts (which give rights to group contractholders, not individuals).

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Association is obligated to pay. The Association cannot pay more than what the insurance company would owe under a policy or contract. Also, for any one insured life, the Association will pay a maximum of $300,000 - no matter how many policies and contracts there were with the same company, even if they provided different types of coverages. Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $100,000 in present value of annuities, or $300,000 in life insurance death benefits - again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverages.