Reed W. Larsen - Idaho State Bar #3427
Javier L. Gabiola - Idaho State Bar #5448
COOPER & LARSEN, CHARTERED
151 North Third Avenue, Second Floor
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone: (208) 235-1145
Facsimile: (208) 235-1182
reed@cooper-larsen.com
javier@cooper-larsen.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FAISAL F. AMANATULLAH, M.D., ) | Case No. 4:15-cv-56-EJL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF DISMISSAL OF** |
| ) | **DEFENDANTS AIG BENEFIT** |
| THE UNITED STATES LIFE ) | **SOLUTIONS, AIG AFFINITY BENEFIT** |
| INSURANCE COMPANY OF THE CITY ) | **SOLUTIONS, AMERICAN** |
| OF NEW YORK, AIG BENEFIT ) | **INTERNATIONAL GROUP, INC. AND** |
| SOLUTIONS, AIG AFFINITY BENEFIT ) | **AMERICAN GENERAL LIFE** |
| SOLUTIONS, AMERICAN ) | **COMPANIES, LLC WITH PREJUDICE** |
| INTERNATIONAL GROUP, INC. and ) | |
| AMERICAN GENERAL LIFE ) | |
| COMPANIES, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

  COMES NOW Plaintiff Faisal F. Amanatullah, M.D., by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), submits notice of his dismissal, with prejudice, of his claims against Defendants AIG Benefit Solutions, AIG Affinity Benefit Solutions, American International Group, Inc. and American General Life Companies, LLC.

NOTICE OF DISMISSAL OF DEFENDANTS AIG BENEFIT SOLUTIONS, AIG AFFINITY BENEFIT SOLUTIONS, AMERICAN INTERNATIONAL GROUP, INC. AND AMERICAN GENERAL LIFE COMPANIES, LLC WITH PREJUDICE - PAGE 1

By this notice Plaintiff does not dismiss any claim against The United States Life Insurance Company of the City of New York.

DATED this 6th day of March, 2015.

                         COOPER & LARSEN, CHARTERED

                     By:    /s/ Reed W. Larsen
                               REED W. LARSEN