Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Bryan A. Nickels
ISB #6432; ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendant U.S. Life*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FAISAL F. AMANATULLAH, M.D.<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY OF THE CITY OF NEW YORK, AIG BENEFIT SOLUTIONS, AIG AFFINITY BENEFIT SOLUTIONS, AMERICAN INTERNATIONAL GROUP, INC. and AMERICAN GENERAL LIFE COMPANIES, LLC,<br><br>    Defendants. | Case No. 4:15-cv-00056-EJL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT** |

COME NOW the parties, by and through their respective undersigned counsel of record, and hereby stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1) with prejudice and with each party to bear their own costs and fees, and for the entry of a judgment reflecting such dismissal with prejudice.

STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT - 1

DATED this 9th day of November, 2017.

                                    DUKE SCANLAN & HALL, PLLC

                                    By    /s/ Bryan A. Nickels
                                        Bryan A. Nickels – Of the Firm
                                        *Attorneys for Defendant U.S. Life*

DATED this 9th day of November, 2017.

                                    WORST, FITZGERALD & STOVER, PLLC

                                    By    /s/ David W. Gadd
                                        David W. Gadd – Of the Firm
                                        *Attorneys for Plaintiff*

DATED this 9th day of November, 2017.

                                    COOPER & LARSEN, CHARTERED

                                    By    /s/ Reed W. Larsen
                                        Reed W. Larsen – Of the Firm
                                        *Attorneys for Intervenor*
                                        *Cooper & Larsen, Chartered*

STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT - 2