IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FAISAL F. AMANATULLAH, M.D.<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY OF THE CITY OF NEW YORK, AIG BENEFIT SOLUTIONS, AIG AFFINITY BENEFIT SOLUTIONS, AMERICAN INTERNATIONAL GROUP, INC. and AMERICAN GENERAL LIFE COMPANIES, LLC,<br><br>    Defendants. | Case No. 4:15-cv-00056-EJL<br><br>**JUDGMENT OF DISMISSAL** |

    Consistent with the parties' Stipulation for Dismissal with Prejudice and Request for Entry of Judgment (Dkt. 104) and pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned matter is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED: November 9, 2017

_____
Edward J. Lodge
United States District Judge

JUDGMENT - 1