UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FAISAL F. AMANATULLAH, M.D.,

    Plaintiff - Appellee,

 v.

UNITED STATES LIFE INSURANCE COMPANY,

    Defendant - Appellant.

No. 17-35338

D.C. No. 4:15-cv-00056-EJL-REB
U.S. District Court for Idaho, Pocatello

**ORDER**

    The motion filed by the government on November 9, 2017 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

    This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7