UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FAISAL F. AMANATULLAH, M.D.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY OF THE CITY OF NEW YORK, AIG BENEFIT SOLUTIONS, AIG AFFINTITY BENEFIT SOLUTIONS, AMERICANINTERNATIONAL GROUP, INC. AND AMERICAN GENERAL LIFE COMPANIES, LLC,<br><br>　　　　Defendants. | Case No. 4:15-CV-00056-EJL<br><br>**ORDER** |

Before the Court is a *pro se* Motion filed by Plaintiff asking to meet with the presiding judge. (Dkt. 107.) Because the motion does not include any basis or reason for its request, the Court respectfully denies the same.

THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion (Dkt. 107) is **DENIED**. The Clerk of the Court is directed to serve this Order upon all counsel of record in the normal course and upon the Plaintiff at the address listed on the Motion (Dkt. 107.)

Dated: **February 21, 2020**

Honorable Edward J. Lodge
United States District Judge

ORDER - 1